UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| DENNIS MAURER, | : |
| Plaintiff, | : |
| vs. | : Case No. 1:18-cv-15524-JHR-JS |
| JDKD ENTERPRISES, L.P., | : |
| Defendant. | : |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, DENNIS MAURER, and the Defendant, JDKD ENTERPRISES, L.P., pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the above-captioned action be dismissed with prejudice, a resolution of all matters in dispute having been made pursuant to a Settlement Agreement executed between the parties. The parties have stipulated in their agreement that the Court retain jurisdiction to enforce the terms and conditions of the Settlement Agreement.

Respectfully Submitted,

| | |
|---|---|
| /s/ Jon G. Shadinger Jr. | /s/ Melissa J. Kanbayashi |
| Jon G. Shadinger Jr., Esq. | Melissa J. Kanbayashi, Esq. |
| Shadinger Law, LLC | Marks, O'Neill, O'Brien, Doherty & Kelly, P.C. |
| PO Box 279 | Cherry Tree Corporate Center, Suite 501 |
| Estell Manor, NJ 08319 | 535 Route 38 East |
| Tel: (609) 319-5399 | Cherry Hill, NJ 08002 |
| Fax: (314) 898-4053 | Tel: (856) 663-4300 |
| js@shadingerlaw.com | Fax: (856) 663-4439 |
| *Attorney for Plaintiff* | mkanbayashi@moodklaw.com |
| | *Attorney for Defendant* |

Dated: March 4, 2020